## (July 13, 1965)

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. PETER FUREY, Appellant, v. DANIEL MCMANN, as Warden of Clinton Prison, Respondent.— Judgment affirmed, without costs. (See *People ex rel. Dies* v. *McMann*, 23 A D 2d 613 and *People* v. *Porter*, 14 N Y 2d 785 and *People ex rel. Colan* v. *La Vallee*, 14 N Y 2d 83, there cited.) Gibson, P. J., Herlihy, Reynolds, Aulisi and Hamm, JJ., concur.